NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellants*

v.

**POWER2B, INC.,**
*Cross-Appellant*

---

2023-1629, 2023-1631, 2023-1745, 2023-1753

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01239 and IPR2021-01266.

---

**ON MOTION**

---

Before BRYSON, *Circuit Judge.*

**O R D E R**

Appellants move to extend the time to file their response and reply brief and to expand the word limit for that brief by 1,000 words. ECF No. 33.

Upon consideration thereof,

2  SAMSUNG ELECTRONICS CO., LTD. v. POWER2B, INC.

IT IS ORDERED THAT:

The motion is granted only to the extent that appellants' response and reply brief, not to exceed 14,000 words, is due within 16 days of the date of entry of this order.

FOR THE COURT

December 27, 2023
Date

Jarrett B. Perlow
Clerk of Court